NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric Meadows, et al., | No. CV-15-02454-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Second Chance Group Homes LLC, *et al.*, | |
| Defendants. | |

At issue is the Defendants' Unopposed Motion for *in camera* Review of Settlement Agreement (Doc. 22). Upon review and good cause appearing;

IT IS HEREBY ORDERED granting Defendants' Unopposed Motion (Doc. 22). The parties may file their Confidential Settlement Agreement under seal.

IT IS FURTHER ORDERED that the Court will review the Confidential Settlement Agreement *in camera*.

Dated this 8th day of July, 2016.

Honorable John J. Tuchi
United States District Judge