NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric Meadows, *et al.*, | No. CV-15-02454-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Second Chance Group Homes LLC, *et al.*, | |
| Defendants. | |

At issue is Defendant's Unopposed Motion for Approval of Settlement Agreement (Doc. 24), which agreement was filed under seal (Doc. 25 Sealed). Upon review of the agreement, good cause appearing and Plaintiff having no opposition,

IT IS ORDERED granting Defendant's Motion (Doc. 24) and approving the settlement agreement (Doc. 25 Sealed), which agreement shall remain under seal, as reasonable.

IT IS FURTHER ORDERED dismissing this matter. The Clerk is instructed to close this matter.

Dated this 14th day of July, 2016.

_____
Honorable John J. Tuchi
United States District Judge